**FILED**

MAY - 6 2014

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LEWIS TURNER, JR.,    )
   )
   Plaintiff,    )
   )
   v.    )    Civil Action No. 14-872
   )
GEORGETOWN MINISTRY CENTER,    )
   )
   Defendant.    )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

According to plaintiff, defendant barred him from its premises on April 13, 2014. Compl. at 1. This action allegedly occurred because plaintiff previously made a complaint "against a visitor by the name of Charles who[] had indecently exposed [himself] to [plaintiff]." *Id.* Plaintiff demands damages of $170,000. *Id.* at 2.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Plaintiff's vague allegations of "decrimination [sic] by the Georgetown Minitry [sic] Center" and "violation of human right," *id.* at 2, fall far short of stating a viable constitutional claim. And, notwithstanding his demand for damages far in excess of $75,000, plaintiff does not establish diversity of citizenship.

1

Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

Rosemary M. Collyer
United States District Judge

DATE: 1 May 2014